NUMBER 13-99-510-CV 



COURT OF APPEALS 



THIRTEENTH DISTRICT OF TEXAS 



CORPUS CHRISTI 

___________________________________________________________________ 



BRAZORIA COUNTY, TEXAS, Appellant, 



v. 



AUGUST F. SCHAER, JR. , Appellee. 

___________________________________________________________________ 



On appeal from the 239th District Court 

of Brazoria County, Texas. 

___________________________________________________________________ 



O P I N I O N 



Before Justices Hinojosa, Yañez, and Chavez


Opinion Per Curiam 



Appellant, BRAZORIA COUNTY, TEXAS, perfected an appeal from a judgment
entered by the 239th District Court of Brazoria County,
Texas, in cause number 94G2808. After the record had been filed,
appellant filed a joint motion to remand. In the motion, appellant states that the parties
have reached a settlement agreement in this matter. 

The Court, having examined and fully considered the documents on file and appellant's
motion, is of the opinion that the motion should be granted. Appellant's motion to remand
is granted, and the judgment of the trial court is hereby REVERSED and the cause is
REMANDED to the trial court in accordance with the parties' settlement agreement. 

PER CURIAM 

Opinion ordered not published. 

Tex. R. App. P. 47.3. 

Opinion delivered and filed this 

the 23rd day of March, 2000.